UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA; and DOES 1–20,<br><br>Defendant. | No. 1:18-cv-01531-DAD-BAM<br><br><br><br><br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), plaintiff's motion to remand (Doc. No. 7) is hereby referred to United States Magistrate Judge Barbara A. McAuliffe for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for February 5, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated, to be reset if deemed appropriate by Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **January 23, 2019**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

1